Barney D. Hirsch, Plaintiff-Appellant, v. Howard L. Bollmeier, d/b/a Bollmeier Supply Company, Defendant-Appellee.

Gen. No. 61–O–21. 

Fourth District.

February 17, 1962.

Lindauer, Lindauer, Pessin & Nieman, of Belleville, for appellant; Johnson & Ducey, of Belleville, for appellee. Opinion by JUDGE CULBERTSON. **Not to be published in full.**